# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2125

_____

| | | |
|---|---|---|
| Steven A. Iverson, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Troy McCormack, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: October 3, 2002

Filed: October 8, 2002

_____

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit
Judges.

_____

PER CURIAM.

Steven A. Iverson appeals the district court's[1] order granting defendant's
motion for summary judgment. Having carefully reviewed the record, we conclude
summary judgment in favor of defendant was proper for the reasons explained by the
district court. Accordingly, we affirm the district court's order granting summary
judgment. See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Rosenbaum, Chief Judge, United States District
Court for the District of Minnesota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.